IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SYLVIA L. TROTTER,
    Plaintiff,

vs.                                              Case No. 5:08cv318/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

## **O R D E R**

        Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and has filed a motion for leave to proceed in forma pauperis (Docs. 1, 4). It affirmatively appears that leave to proceed in forma pauperis should be granted. However, before service can be directed, plaintiff must submit three (3) copies of her complaint for service on The Commissioner of Social Security, the United States Attorney for the Northern District of Florida, and the Attorney General of the United States.

        Accordingly, it is **ORDERED**:

        1.     Plaintiff's motion for leave to proceed in forma pauperis (Doc. 4) is **GRANTED** and this case may be filed and the pleadings may be served without the prepayment of costs as provided in 28 U.S.C. § 1915.

        2.     Within **TWENTY (20) DAYS** of the date of docketing of this order, Plaintiff shall provide three (3) services copies of her complaint.

        3.     Once the copies are received, the clerk of court is directed to send three certified copies of this order, the service copies of the complaint, and the prepared USM 285 forms to the United States Marshal.

        4.     The United States Marshal shall serve a copy of the complaint and summons upon

Michael J. Astrue, Commissioner of Social Security and the Attorney General of the United States by <u>certified mail</u>, and the office of the United States Attorney for this District by regular U.S. mail or hand-delivery.  All costs of service shall be advanced by the United States.

      5.      After a response to the complaint has been filed by Defendant, Plaintiff shall be required to mail to the attorney for Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each Defendant or to the attorney representing each Defendant.  Any paper submitted for filing after a response to the complaint has been filed by Defendant which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

      **DONE AND ORDERED** this  21st  day of October 2008.


                                */s/ Elizabeth M. Timothy*
                                **ELIZABETH M. TIMOTHY**
                                **UNITED STATES MAGISTRATE JUDGE**