**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

SYLVIA L. TROTTER,
    Plaintiff,

vs.                                               Case No. 5:08cv318/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 22, 2009. (Doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED**, the Commissioner is ordered to **REMAND** this case to the Administrative Law Judge for further proceedings consistent with the findings in the Report and Recommendation (doc. 24), and the clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of November, 2009.

                                                          *s/ M. Casey Rodgers*
                                                          **M. CASEY RODGERS
                                                          UNITED STATES DISTRICT JUDGE**