IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SYLVIA L. TROTTER,

    Plaintiff,

vs.                           Case No.: 5:08cv318/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
                                   /

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 4, 2010 (Doc. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     Plaintiff's Motion For Attorney Fees and Costs (Doc. 29) is **GRANTED** as follows:

> Plaintiff's counsel, Heather Freeman, Esquire, is entitled to recover fees in the amount of $2,974.71 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 ("EAJA"); the amount of attorney fees and hourly rates requested under the

EAJA are reasonable; and the Commissioner is directed to pay counsel that amount.

**DONE AND ORDERED** this 5th day of April, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**